IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 3:19mc3860-MHT |
| | ) | (WO) |
| THE JUICY CRAB, | ) | |
| Atlanta, GA, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| DERRIS BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the government's motion to dismiss garnishment (doc. no. 4), it is ORDERED that the motion is granted, and the writ of garnishment (doc. no. 2) is dismissed.

This case is closed.

DONE, this the 11th day of July, 2019.

                                          /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**